USCA1 Opinion

 

 July 8, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1403 UNITED STATES, Appellee, v. RAFAEL TAVARES, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Ronald Ian Segal on brief for appellant. ________________ Donald K. Stern, United States Attorney, Paula J. DeGiacomo and _______________ __________________ George W. Vien, Assistant United States Attorneys, on brief for ________________ appellee. ____________________ ____________________ Per Curiam. Defendant pled guilty and was ___________ sentenced to a six-year term of imprisonment for a violation of 21 U.S.C. 846. On appeal he argues for the first time that the district court erred in permitting the government to point out an error in the presentence investigation report (PSI) after the time for doing so pursuant to Fed. R. Crim. P. 32(b)(6)(B) had passed. This objection not having been made below, it is reviewed for plain error only. See United ___ ______ States v. Peppe, 80 F.3d 19, 22 (1st Cir. 1996). After ______ _____ careful review of the parties' briefs and the entire record below, we find no error. Pursuant to Fed. R. Crim. P. 32(b)(6)(D), the district court had the discretion to consider at the time of sentencing the government's objection to the PSI's manifestly mistaken reference to grams of cocaine rather than kilograms. Based on the entire record of sentencing, which reveals the defendant unquestionably accountable for up to 100 kilograms of cocaine, we find no abuse of discretion in the district court's implicit finding of good cause to allow the government's tardy objection. Affirmed. See Loc. R. 27.1. ________ ___ -3-